JS - 6

E-FILED 12/7/2012

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RODI A. MONTERROSO-BRAGG            )
                                   )
                    Plaintiff,     )        CASE NO. CV 12-6192  GHK (VBKx)
                                   )
            vs.                    )
                                   )        **ORDER OF DISMISSAL**
JEFFRY BROMBY, et al               )
                                   )
                    Defendants.    )
_____)

    The parties having gone for settlement conference, and the Court having been

advised that the above-entitled action has been settled,

    **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without

prejudice to the right, upon good cause shown within **thirty (30) days**, to reopen the action if

settlement is not consummated.

Dated: 12/7/12_____            _____
                                   GEORGE H. KING
                                   Chief United States District Judge